**Klaus H. Hamm**, OSB #091730
klaus.hamm@klarquist.com
**Salumeh R. Loesch**, OSB #090074
Salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

**Stephen R. Thames**, Cal Bar #106406
sthames@allenmatkins.com
**Nisha Verma**, Cal Bar #284130
nverma@allenmatkins.com
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614

*Attorneys for Defendant*
*OPERATION TECHNOLOGY, INC.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **EASYPOWER, LLC**, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**OPERATION TECHNOLOGY, INC., dba ETAP,** a California corporation,<br><br>Defendant. | Civil Action No. 3:13-cv-1462-JE<br><br>NOTICE OF ATTORNEY APPEARANCE<br><br>DEMAND FOR JURY TRIAL |

Page 1 - NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Salumeh R. Loesch of Klarquist Sparkman, LLP will be appearing as additional counsel of record for Defendant Operation Technology, Inc. in this action. Defendant respectfully requests that Salumeh R. Loesch (salumeh.loesch@klarquist.com) be added to this Court's electronic distribution list, and that copies of all future pleadings, papers, notices, and orders filed or served in this action be served at the following address:

Salumeh R. Loesch, OSB No. 090074
Email:  salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204-2988
Phone:  503.595.5300

Dated:  September 25, 2013         Respectfully submitted,

By:  s/Salumeh R. Loesch
**Klaus H. Hamm**, OSB #091730
klaus.hamm@klarquist.com
**Salumeh R. Loesch**, OSB #090074
Salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

**Stephen R. Thames**, Cal Bar #106406
sthames@allenmatkins.com
**Nisha Verma**, Cal Bar #284130
nverma@allenmatkins.com
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, 5th Floor
Irvine, CA 92614

*Attorneys for Defendant*
*OPERATION TECHNOLOGY, INC.*

Page 2 - NOTICE OF ATTORNEY APPEARANCE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 25, 2013, a true copy of the foregoing **Notice of Attorney Appearance** was filed with the United States District Court Clerk for the District of Oregon using the CM/ECF filing system, which will automatically notify all counsel of record of this filing.

          s/ Salumeh R. Loesch
          Salumeh R. Loesch